# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Scott Smith,  Case No.: 16cv3341 (PJS/SER)

           Plaintiff,

v.  **ORDER**

Grant Street Ventures, LLC, and
Sub Line Corporation – Faribault,

           Defendants.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  Plaintiff filed a Statement of Non-Opposition to the Magistrate Judge's Report and Recommendation on June 19, 2018.  ECF No. 13.  Accordingly, **IT IS HEREBY ORDERED THAT** this action is dismissed without prejudice for lack of prosecution.

Dated:  June 20, 2018           *s/Patrick J. Schiltz*
                                                     Patrick J. Schiltz
                                                     U.S. District Judge